AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| SHAHRIAR KHAZAI, an individual, suing individually and derivatively on behalf of ANOMA LA, CORP., a California corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>RUCHIKA GROVER, an individual; ANIRUDH "AJAY" GROVER, an individual; NATCO EXPORTS PVT LTD, an Indian corporation; and DOES 1-10, inclusive [see Attachment to Summons]<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-00100 - DSF (KSx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RUCHIKA GROVER, an individual

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in <u>Fed. R. Civ. P. 12</u> (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  FARHAD NOVIAN (SBN 118129) farhad@novianlaw.com
ANTHONY S. CHAVEZ (SBN 288089) anthonyc@novianlaw.com
SHANNA JAVAHERI (SBN 289014) shanna@novianlaw.com
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*/s/ Luis Hernandez*

*Signature of Clerk or Deputy Clerk*

Date:  01/06/2022

## ATTACHMENT TO SUMMONS

SHAHRIAR KHAZAI, an individual, suing individually and derivatively on behalf of ANOMA LA, CORP., a California corporation,

    Plaintiff,

  vs.

RUCHIKA GROVER, an individual; ANIRUDH "AJAY" GROVER, an individual; NATCO EXPORTS PVT LTD, an Indian corporation; and DOES 1-10, inclusive,

    Defendants,

  and

ANOMA LA, CORP., a California corporation,

    Nominal Defendant.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00100 - DSF (KSx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: