1 | Farhad Novian (SBN 118129)
2 | farhad@novianlaw.com
  | Anthony S. Chavez (SBN 288089)
3 | anthonyc@novianlaw.com
4 | NOVIAN & NOVIAN, LLP
  | 1801 Century Park East, Suite 1201
5 | Los Angeles, California 90067
6 |
7 | Attorneys for Shahriar Khazai, Izabel Khazai,
  | Anoma LA, Corp., and Imperial Design Group Inc.
8 |
9 | Adam D.H. Grant (SBN 153271)
  | agrant@grantshenon.com
10 | Olga Viner (SBN 282423)
  | oviner@grantshenon.com
11 | GRANT | SHENON, APLC
12 | 15165 Ventura Blvd. Suite 200
  | Sherman Oaks, CA 91403
13 |
14 | Attorneys for Ruchika Grover, Anirudh "Ajay" Grover,
  | and Natco Exports PVT LTD
15 |
16 | John T. Lupton (SBN 247276)
  | jlupton@kdvlaw.com
17 | Rosely George (SBN 256186)
  | rgeorge@kdvlaw.com
18 | KAUFMAN DOLOWICH LLP
19 | 11111 Santa Monica Blvd. Suite 850
  | Los Angeles, CA 90025
20 |
21 | Attorneys for Soheil "Steve" Rowshan

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAHRIAR KHAZAI, et al., | CASE NO: 2:22-cv-00100-HDV-KS |
| Plaintiff, | **JOINT NOTICE OF PENDING SETTLEMENT** |
| vs. | |
| RUCHIKA GROVER, et al., | |
| Defendants, | |
| and | |
| ANOMA LA, CORP., a California corporation, | |
| Nominal Defendant. | |
| And related counterclaims. | |

All Parties to this matter (Shahriar "Shane" Khazai, Ruchika Grover, Anirudh "Ajay" Grover, Anoma LA, Corp., Natco Exports PVT LTD, Izabela Khazai, Imperial Design Group, Inc., and Soheil "Steve" Rowshan) hereby provide notice that the parties have reached settlement(s) to resolve this matter. Pursuant to the terms of the settlement(s), the parties are preparing settlement agreement(s) and expect payments to be completed in the near future before filing a request for dismissal of this action. Payment is required before the request for dismissal can be filed. The parties expect the settlement(s) to be consummated and completed, with the request for dismissal filed, within the next 45 days.

DATED: November 18, 2024    **NOVIAN & NOVIAN, LLP**

By: /s/ *Farhad Novian*
     Farhad Novian

Attorneys for Shahriar "Shane" Khazai, Izabela Khazai, Anoma LA, and Imperial Design Group, Inc.

Dated: November 15, 2024    GRANT | SHENON APLC

By: /s/ *Adam D.H. Grant*
Adam D.H. Grant

Attorneys for Ruchika Grover, Anirudh "Ajay" Grover, and Natco Exports PVT LTD

Dated: November 15, 2024    KAUFMAN DOLOWICH LLP

By: /s/ *John T. Lupton*
John T. Lupton

Attorneys for Soheil "Steve" Rowshan

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2024, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court and that all parties requesting electronic notification have been notified by the Court.

*/s/ Farhad Novian*
Farhad Novian

22

23
24
25
26
27
28

4
JOINT NOTICE OF PENDING SETTLEMENT